PENNSYLVANIA *v.* JAMES FARREL.

1794. ON the trial of an indictment for forging and knowingly publishing a note, the person whose note it purported to be was called as a witness.

*H. Ross*, objected to his admission. Under the statute of 5 *El.* the person injured could not be a witness. Our act of assembly pursues the stat. 5 *El.*

*Rex v.Rhodes*
*2 Str.* 728.
*2 Hawk.* 611.

PRESIDENT. You may either argue or reserve the point.

They agreed that it should be reserved; and the forgery and publication were proved.

*Brackenridge* for defendant. Unless the court has doubts on the point of competency, seeing the witness has so plain an interest to invalidate his own obligation, I hope the court will instruct the jury to disregard the testimony.

PRESIDENT. I will not do so. The cases on this subject are not very consistent; but I acquiesce in the cases of *Abrams v. Bunn*, and of *Pennsylvania v. Keating*, and hold the witness competent. His credibility lies with the jury.

*4 Burr.* 2251.
*Dall.* 110.